Maija Olivia (SBN 243856)
  *mxo@manningllp.com*
Farouk G.S. Mansour (SBN 311228)
  *fgm@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
19800 MacArthur Blvd, Suite 900
Irvine, California 92612
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendant
NEIMAN MARCUS GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYAM HALPERN,<br><br>     Plaintiff,<br><br>     v.<br><br>NEIMAN MARCUS GROUP, INC., and DOES 1 to 100, Inclusive,<br><br>     Defendants. | USDC CASE NO.:<br><br>LASC CASE NO.: 19STCV04630<br><br>**1. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)] (DIVERSITY)  AND 1446**<br><br>**2. DECLARATION OF MAIJA OLIVIA**<br><br>Complaint Filed:  February 11, 2019 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant NEIMAN MARCUS GROUP, INC., in the above-titled action, hereby removes this matter to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1441(b), and 1446.  The grounds for removal are as follows:

1. On February 11, 2019 Plaintiff Maryam Halpern ("Plaintiff") commenced an action in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Maryam Halpern v. Neiman Marcus Group, Inc.,* Case Number 19STCV04630 (the "Action").

2. Neiman Marcus was served with the Summons and Complaint on May 8, 2019, by substituted service.  Declaration of Maija Olivia, ¶4, and Exhibit "A" to

this Notice of Removal. Defendant's removal of this action is timely because Defendant is removing this matter within 30 days of completion of Service of the Complaint. *See* 28 U.S.C. § 1446(b).

3. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are true and correct copies of all process and pleadings in this action, including Plaintiff's Summons and Complaint, Statement of Damages and Proof of Service. Attached hereto as Exhibit "B" is a true and correct copy of Defendant's Answer to the Complaint.

4. Pursuant to 28 U.S.C. § 1446(d), Defendant promptly will provide written notice of removal of the Action to Plaintiff, and promptly will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of California, County of Los Angeles.

5. Plaintiff filed this case in the Superior Court of California, County of Los Angeles; therefore, this case may properly be removed to the Southern Division of Central District of California. *See* 28 U.S.C. § 1441(a).

6. There is a sufficient basis for removal jurisdiction on diversity grounds because there is complete diversity of citizenship between the parties and the amount in controversy between Plaintiff and Defendant exceeds $75,000 exclusive of costs and interest. *See* 28 U.S.C. §§ 1332(a) and 1441(b).

7. A corporation is deemed a citizen of all of every state by which it has been incorporated and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c).

8. Defendant, Neiman Marcus Group, Inc. is a Delaware corporation with its headquarters and principal place of business in the State of Texas. Neiman Marcus Group, Inc.'s executive, administrative, financial, and management functions are concentrated in Dallas, and the company's officers direct, control and coordinate Neiman Marcus Group, Inc.'s activities from Dallas, Texas. Declaration of Maija Olivia, ¶8, Exhibit "C." In actions removed from state court on diversity grounds, the

1  citizenship of fictitious defendants "shall be *disregarded*." *See* 28 U.S.C. §1441(a).

2  9. Upon information and belief, Plaintiff was a citizen of California, and
3  she still is a citizen of California.

4  10. As such, there is a complete diversity of citizenship of the parties to this
5  action.

6  11. The amount in controversy between Plaintiff and Defendant in this
7  matter exceeds $75,000. *See* Plaintiff's Statement of Damages, which reflects that
8  Plaintiff claimed damages are in excess of $500,000. A true and correct copy of
9  Plaintiff's Statement of Damages is attached hereto as Exhibit "A."

10  12. As the parties are citizens of different states and the amount in
11  controversy is in excess of $75,000, this action is removable to this Court pursuant to
12  28 U.S.C. § 1441.

13  13. The undersigned certifies that Defendant has consented to the removal
14  of this action from the Superior Court of the State of California, County of Los
15  Angeles to the Southern Division of Central District of California.

16  14. By removing the action to this Court, Defendant does not waive any
17  defenses, objections, or motions available to it under State or Federal Law.

Dated: June 7, 2019

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:_____
Maija Olivia
Farouk G.S. Mansour
Attorneys for Defendant,
Neiman Marcus Group, Inc.

### DECLARATION OF MAIJA OLIVIA

I, Maija Olivia, declare as follows:

1. I am an attorney at law duly licensed to practice in the courts of the State of California and in the United States District Courts of the Central District of California. I am an attorney in the firm of Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant Neiman Marcus Group, Inc. ("Neiman Marcus"). I have personal knowledge of the matters stated herein and, if called upon to testify as a witness, I could and would competently testify thereto.

2. This Declaration is submitted in support of Neiman Marcus' Notice of Removal of Action Under 28 U.S.C. §§ 1441(b) and 1446.

3. On February 11, 2019 an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled *Maryam Halpern v. Neiman Marcus Group, Inc., Case Number* 19STCV04630 (the "Action"). A true and correct copy of the Complaint is attached hereto as Exhibit "A."

4. Neiman Marcus was served with the Summons and Complaint on May 8, 2019, by substituted service. A true and correct copy of the Proof of Service is attached hereto as Exhibit "A."

5. Plaintiff served a Statement of Damages which reflects Plaintiff seeks damages in excess of $500,000. A true and correct copy of the Statement of Damages is attached hereto as Exhibit "A."

6. On June 6, 2019, Defendant filed its Answer to the Complaint. A true and correct copy of Defendant's Answer is attached as Exhibit "B."

7. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Neiman Marcus pursuant to the provisions of 28 U.S.C. §1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 dollars, exclusive of interest and costs.

8. Defendant, Neiman Marcus Group, Inc. is a Delaware corporation with

1 its headquarters and principal place of business in the State of Texas. Neiman Marcus
2 Group, Inc.'s executive, administrative, financial, and management functions are
3 concentrated in Dallas, and the company's officers direct, control and coordinate
4 Neiman Marcus Group, Inc.'s activities from Dallas, Texas. The other Defendants in
5 this action are fictitiously named. True and correct copies of search results for
6 Neiman Marcus from the Texas and Delaware Secretary of State websites are attached
7 as Exhibit "C."

    9. This Notice of Removal is filed with this Court within 30 days after Neiman Marcus was served with Plaintiff's Complaint. See Exhibit "A."

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 7 day of June, 2019, at Irvine, California.

Maija Olivia

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) AND 1446** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jesse L. Halpern, Esq.<br>THE HALPERN LAW FIRM<br>26500 W. Agoura Rd., Ste. 212<br>Calabasas, CA 91302<br>T: (818) 785-5999<br>F: (818) 609-1342<br>E: jlh@halpernlawcorp.com | Attorney for Plaintiff<br>MARYAM HALPERN |

**E-MAIL**: I also certify the document and a copy of the Notice of Electronic Filing was served via email on the following non-CM/ECF participants:

Jesse L. Halpern, Esq.
THE HALPERN LAW FIRM
E: jlh@halpernlawcorp.com

**U.S. MAIL**: I further certify that I served a true copy of the document by depositing it in the United Sates Mail in a sealed envelope with the postage thereon fully prepaid on the following non-CM/ECF participants:

Jesse L. Halpern, Esq.
THE HALPERN LAW FIRM
26500 W. Agoura Rd., Ste. 212
Calabasas, CA 91302
T: (818) 785-5999
F: (818) 609-1342
E: jlh@halpernlawcorp.com

/s/ *Lily Coffin*
Lily Coffin