UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:19-cv-04981-ODW (JCx) | Date | July 3, 2019 |
|---|---|---|---|
| Title | *Maryam Halpern v. Neiman Marcus Group, Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

    On July 3, 2019, Plaintiff filed a "Motion to Remand." (Mot., ECF No. 8.) Plaintiff does not include a statement indicating Plaintiff met and conferred with counsel for Defendant as required by Local Rule 7-3. Also, Plaintiff noticed the motion for hearing on Friday, August 9, 2019, before Judge Birotte. This case is before Judge Otis D. Wright II, who hears civil motions on Mondays at 1:30 p.m. Accordingly, the Court **STRIKES** Plaintiff's Motion to Remand. (ECF No. 8.) Plaintiff may refile her motion in compliance with the Local Rules and this Court's Law and Motion Schedule.

                                                                                        :    00

                                         Initials of Preparer    SE