UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-04981-ODW (JCx) | Date | July 18, 2019 |
|---|---|---|---|
| Title | *Maryam Halpern v. Neiman Marcus Group, Inc., et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**     **In Chambers**

Pursuant to the parties' Stipulation for Remand (ECF No. 13), the Court hereby **REMANDS** this action to the Superior Court of California, County of Los Angeles, Case No. 19STCV04630, Stanley Mosk Courthouse located at 111 North Hill Street, Los Angeles, California, 90012. Consequently, Plaintiff's Motion to Remand (ECF No. 10) is **DENIED AS MOOT**. The Clerk of the Court shall close the case.

:

Initials of Preparer     VRV